~~SECRET~~

Unsealed 8/18/09 MH

09 JUL 15 PM 4: 22

SOUTHERN DISTRICT OF CALIFORNIA

MY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

**'09 CR 2710 BTM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 841(a)(1) |
| | ) | and 846 - Conspiracy to |
| ANTHONY VANG (1), | ) | Distribute a Controlled Substance; |
| aka Shoua Vang, | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| SEAN MICHAEL SMITH (2), | ) | Distribution of a Controlled |
| JUSTINO ROCHIN III (3), | ) | Substance; Title 21, U.S.C., |
| aka Chino, | ) | Secs. 853(a)(1) and (2), and |
| KENNY BEDOYA (4), | ) | Title 21, U.S.C., Sec. 853(p) - |
| SAI YANG (5), | ) | Criminal Forfeiture |
| NANG CHANG (6), | ) | |
| AMANDA MAY VUE (7), | ) | |
| aka May Choua Vue, | ) | |
| MARLA LAREE CANIGLIA (8), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The grand jury charges:

<u>Count 1</u>

Beginning on or about October 4, 2006, and continuing up to and including the date of this Indictment, within the Southern District of California and elsewhere, defendants ANTHONY VANG, aka Shoua Vang, SEAN MICHAEL SMITH, JUSTINO ROCHIN III, aka Chino, KENNY BEDOYA, SAI YANG, NANG CHANG, AMANDA MAY VUE, aka May Choua Vue, and MARLA LAREE

//

TDC:em:San Diego
7/15/09



1   CANIGLIA, did knowingly and intentionally conspire together with each

2   other and with other persons known and unknown to the grand jury,

3   to distribute 50 grams and more, of methamphetamine (actual), a

4   Schedule II Controlled Substance; in violation of Title 21,

5   United States Code, Sections 841(a)(1) and 846.

6                               Count 2

7       On or about October 4, 2006, within the Southern District

8   of California, defendant ANTHONY VANG, aka Shoua Vang, did knowingly

9   and intentionally distribute approximately 1.7 grams of a mixture

10  and substance containing a detectable amount of methamphetamine,

11  a Schedule II Controlled Substance; in violation of Title 21,

12  United States Code, Section 841(a)(1).

13                              Count 3

14      On or about November 3, 2006, within the Southern District

15  of California, defendant ANTHONY VANG, aka Shoua Vang, did knowingly

16  and intentionally distribute 5 grams and more, to wit: approximately

17  19.3 grams of  methamphetamine (actual), a Schedule II Controlled

18  Substance; in violation of Title 21, United States Code,

19  Section 841(a)(1).

20                              Count 4

21      On or about November 28, 2006, within the Southern District

22  of California, defendant ANTHONY VANG, aka Shoua Vang, did knowingly

23  and intentionally distribute approximately 1.5 grams of a mixture

24  and substance containing a detectable amount of methamphetamine,

25  a Schedule II Controlled Substance; in violation of Title 21,

26  United States Code, Section 841(a)(1).

27  //

28  //

### Count 5

On or about December 13, 2006, within the Southern District of California, defendant ANTHONY VANG, aka Shoua Vang did knowingly and intentionally distribute 50 grams and more, to wit: approximately 83.79 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 6

On or about January 11, 2007, within the Southern District of California, defendant ANTHONY VANG, aka Shoua Vang, did knowingly and intentionally distribute 5 grams and more, to wit: approximately 13.1 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count 7

On or about February 15, 2007, within the Southern District of California, defendant ANTHONY VANG, aka Shoua Vang, did knowingly and intentionally distribute approximately 1.8 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 7 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

//

1.    As a result of the commission of the felony offenses alleged in Counts 1 through 7, said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(1), defendants ANTHONY VANG, aka Shoua Vang, and AMANDA MAY VUE, aka May Choua Vue, shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property obtained directly or indirectly as a result of said violation, including, but not limited to:

a)    A 1996 Toyota Land Cruiser, California license number 3RRK912 and VIN# JT3HJ85J3T0131660;

b)    A 2006 Porsche Ceyenne, California license number CA5MWX189 and VIN# WP1AA29P06LA20137,

purchased with drug proceeds received by defendants ANTHONY VANG, aka Shoua Vang, and AMANDA MAY VUE, aka May Choua Vue, between October 2006 and the date of this Indictment, as a result of the conspiracy to distribute and the distribution of methamphetamine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Section 853.

2.    As a result of the commission of the felony offense alleged in Counts 1 and 7, said violations being punishable by imprisonment for more than one year, and pursuant to Title 21, United States Code, Section 853(a)(2), defendants ANTHONY VANG, aka Shoua Vang, and AMANDA MAY VUE, aka May Choua Vue, shall, upon conviction, forfeit to the United States all rights, title and interest in any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in

//

//

Counts 1 through 7 of this indictment, including, but not limited to:

    a)   A 1996 Toyota Land Cruiser, California license number 3RRK912, and VIN# JT3HJ85J3T0131660,

    b)   A 2006 Porsche Ceyenne, California license number CA5MWX189 and VIN# WP1AA29P06LA20137,

between October 2006 and the date of this Indictment, as a result of the conspiracy to distribute and the distribution of methamphetamine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Section 853.

    3.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants -

    (1)   cannot be located upon the exercise of due diligence;

    (2)   has been transferred or sold to, or deposited with, a third person;

    (3)   has been placed beyond the jurisdiction of the Court;

    (4)   has been substantially diminished in value; or

    (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

    DATED: July 15, 2009.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

5