UNSEALED 8/18/09 MJF

09 JUL 15 PM 4:21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **'09CR 2710BTM** |
| Plaintiff, ) | NOTICE OF RELATED CASE |
| v. ) | |
| ANTHONY VANG, ET AL., ) | ~~SECRET~~ |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

   Please take notice that the above entitled case is related to <u>United States of America v. Chansamone Phrakousonh, et al.</u>, Case No. **'09CR 2709BTM**, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

____ (1)   More than one indictment or information is filed or pending against the same defendant or defendants;

_X_ (2)   Prosecution against different defendants arises from,

   _X_ (a)   a common wiretap,

   ____ (b)   a common search warrant,

   ____ (c)   activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 7/15/09

Karen J. Kelly, Acting USA
KAREN P. HEWITT
United States Attorney