**ORIGINAL**

KAREN P. HEWITT
United States Attorney
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney
California State Bar No. 144911
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7044

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY VANG (1),<br>　aka Shoua Vang,<br>SEAN MICHAEL SMITH (2),<br>JUSTINO ROCHIN III (3),<br>　aka Chino,<br>KENNY BEDOYA (4),<br>SAI YANG (5),<br>NANG CHANG (6),<br>AMANDA MAY VUE (7),<br>　aka May Choua Vue,<br>MARLA LAREE CANIGLIA (8),<br><br>　　　　　Defendants. | Criminal No. 09cr2710-BTM<br><br>MOTION AND ORDER TO<br>UNSEAL INDICTMENT |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Timothy D. Coughlin, Assistant United States Attorney, and hereby requests that the Indictment in the above-referenced case be unsealed.

DATED: August 17, 2009.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

SO ORDERED.

DATED: August 17, 2009.

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge